Original

AUSAS: Maggie Lynaugh, Adam Sowlati

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **23 MAG 6939** |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTIAN EUSTATE ESPINAL,<br><br>Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br><br>COUNTY OF OFFENSE: BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

VICTOR VEROUHIS, being duly sworn, deposes and says that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and charges as follows:

### COUNT ONE
### (Possession of Child Pornography)

1. On or about October 5, 2023, in the Southern District of New York and elsewhere, CRISTIAN EUSTATE ESPINAL, the defendant, knowingly possessed and accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, EUSTATE ESPINAL possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, that were stored on his cellphone in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I have been a Special Agent with HSI for approximately five years, and I am currently assigned to the El Dorado Task Force, which focuses on combatting drug trafficking and money laundering. I have been personally involved in this investigation. This affidavit is based on my involvement in this investigation, my conversations with other law enforcement officers and other individuals, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my participation in the narcotics investigation described immediately below, my conversations with other law enforcement officers, and my review of reports and records, I have learned the following:

a. On or about October 4, 2023, in connection with a narcotics investigation, the Honorable Stewart D. Aaron, United States Magistrate Judge, signed a warrant authorizing a search of the basement and the first floor of 2337 Beaumont Avenue in the Bronx (the "Beaumont Premises Warrant"). The Beaumont Premises Warrant permitted law enforcement officers to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841 and 846 (narcotics distribution and conspiracy to commit the same). Among the items the Beaumont Premises Warrant permitted law enforcements to seize and then search for evidence were electronic devices located within the first floor and basement of 2337 Beaumont.

b. On or about October 5, 2023, law enforcement officers executed the Beaumont Premises Warrant and conducted a search of the first floor and basement of 2337 Beaumont. During the course of that search, law enforcement officers searching the basement of 2337 Beaumont found kilogram quantities of narcotics, along with machinery and equipment used to press narcotics into pill form and to package narcotics for further distribution. In connection with the search of 2337 Beaumont, law enforcement officers arrested four individuals, including CRISTIAN EUSTATE ESPINAL, the defendant. EUSTATE ESPINAL and the other three individuals who were arrested were charged in a complaint (the "Complaint"), dated October 6, 2023 and authorized by the Honorable Stewart D. Aaron, United States Magistrate Judge.

c. At the time law enforcement officers executed the Beaumont Premises Warrant, EUSTATE ESPINAL was located on the first floor of the residence. In particular, when law enforcement officers entered 2337 Beaumont, EUSTATE ESPINAL ran into a particular bedroom (the "Bedroom") located on the first floor of 2337 Beaumont. In the Bedroom, law enforcement officers found two cellphones ("Cellphone-1" and "Cellphone-2," respectively) next to each other on the top of a bed.

d. Law enforcement officers seized Cellphones-1 and -2 pursuant to the Beaumont Premises Warrant.

4. Based on my conversations with other law enforcement officers, my review of reports and records, and my own observations related to the review of the contents of Cellphone-1 pursuant to the Beaumont Premises Warrant, I have learned, among other things, the following:

a. On or about October 23, 2023, law enforcement began its review of the contents of Cellphone-1, and, shortly thereafter, encountered a series of at least a dozen videos (the "Child Sexual Abuse Videos") involving minor children, which are described, in sum and in part, below:

i. At least one video appears to depict an adult female performing oral sex on a male child who appears to be approximately two or three years old.

ii. More than one video appears to depict adult men having sexual intercourse with female children who appear to be between the ages of approximately five and ten.

2

iii. At least one video appears to depict a young female child performing oral sex on an adult man.

iv. A number of videos appear to depict children who appear to be nude or partially undressed while engaging in sex acts with adults.

b. The Child Sexual Abuse Videos appear to have been exchanged using an encrypted messaging application.

c. The "Settings" screen of Cellphone-1 lists the user of Cellphone-1 as "Cristian Eustate" next to a photograph of an individual who I believe, from my participation in this investigation and personal involvement in the arrest of CRISTIAN EUSTATE ESPINAL, the defendant, to be EUSTATE ESPINAL.

d. The home screen of Cellphone-1 also depicts an individual who appears to be EUSTATE ESPINAL, the defendant, pumping gas into a vehicle. Both the "Settings" screen and home screen of Cellphone-1 are pictured below:



WHEREFORE, I respectfully request that a warrant be issued for the arrest of CRISTIAN EUSTATE ESPINAL, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

 Victor Verouhis w/ permission
VICTOR VEROUHIS
Special Agent
Homeland Security Investigations

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 24 day of October, 2023.

_____
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York